630

Nora ZABLOW v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 343-77

June 14, 1978. Pursuant to the stipulation of the parties filed May 31, 1978, this Court's order of May 25, 1978, is stricken.

Guido CONDOSTA v. Rosalie CONDOSTA, Robert Grussing, III, John P. Morrissey, Raymond Jones, Norman C. Robinson, James E. Dyer, Wynn Underwood and State of Vermont, No. 81-78

June 14, 1978. Appeal dismissed. V.R.A.P. 10(b)(1).

Dolores COOLEY, as next friend of Donelle Cooley v. The CRAFTS-BURY ACADEMY SCHOOL BOARD represented by Morris Rowell, Walter Gutzmann and Donald Waterhouse, and S. Arnold Smith, Town Agent, No. 166-78

June 15, 1978. Appellants' Motion for a Stay pursuant to V.R.A.P. 8(a) is denied.

STATE of Vermont v. WHITING-HAM SCHOOL BOARD, Wayne Stacey, Principal, Whitingham School, Clarence G. Truesdell, Superintendent, Windham Southwest Supervisory Union, and Philip Lieberman, No. 280-77

June 16, 1978. Appeal dismissed. V.R.C.P. 54(b).

RE GRIEVANCE OF Michael YASHKO, No. 349-77

June 16, 1978. There being no timely notice of appeal under V.R. A.P. 4, the entry is: Appeal dismissed for lack of jurisdiction.

Francis J. and Susan F. TIMNEY v. Lynton A. WORDEN, Jr. and Jane R. Worden, No. 353-77

June 16, 1978. Appellants' brief to be filed by June 22, 1978; otherwise the Motion to Dismiss will be granted.

IN RE William A. NELSON, No. 102-78

June 16, 1978. The ruling of the Board of Bar Examiners determining that the applicant does not satisfy the requirements for being excused from taking the bar examination in accordance with Rule 5 of the Rules of Admission of Attorneys, 12 V.S.A. App. I, Pt. II, is affirmed.

Carl L. CHAMBERLIN v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 170-78

June 21, 1978. Motion for Leave to Proceed on Appeal In Forma Pauperis granted.